# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE GRAHAM,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:14CV00085 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD CLARKE, DIRECTOR,** | ) | By: James P. Jones |
| **DEPARTMENT OF CORRECTIONS,** | ) | United States District Judge |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the respondent's Motion to Dismiss (ECF No. 12) is GRANTED; the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is DISMISSED; a Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right; and the clerk shall close the case.

ENTER: March 24, 2015

/s/ James P. Jones
United States District Judge